United States District Court
Southern District of Texas
**ENTERED**
November 14, 2019
David J. Bradley, Clerk

Cause Number    H-19-4482

Style   Renee Jefferson-Smith v. Cynthia K. Bailey, et al.

Appearances:

| Counsel: | Representing: |
|---|---|
| Dorsey R. Carson, Jr. | Plaintiff |
| Nicole Bates | Plaintiff |
| Oliver J. Brown | Defendant |

Date:   November 14, 2019     Reporter:   L. Wells

Law Clerk:   J. West

Time:     /     a.m.
      4:20/4:25   p.m.

## HEARING
## MINUTES AND ORDER

At the hearing the following rulings were made:

[3] For the reasons stated on the record Plaintiff Renee Jefferson-Smith's Emergency Motion to Remand, Docket Entry No. 3, is GRANTED and this case is REMANDED to the 270th Judicial District Court of Harris County, Texas, for lack of subject matter jurisdiction.

The Clerk will file the Minutes and Order and provide copies to the parties.

Sim Lake
**Senior United States District Judge**